IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLEN J. THOMAS                                                                                    PLAINTIFF

v.                                        No. 4:13-cv-724-DPM

DOC HOLLADAY, Pulaski County Sheriff                                       DEFENDANT

ORDER

This case is referred to Magistrate Judge Joe Volpe to handle all pre-trial matters. 28 U.S.C. § 636(b)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2014