IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLEN J. THOMAS                                                                PLAINTIFF

v.                              No. 4:13-cv-724-DPM-JJV

DOC HOLLADAY, Pulaski County Sheriff                       DEFENDANT

ORDER

Unopposed recommendation, № 16, adopted as modified. Motion for summary judgment, № 13, granted as limited. Because Thomas makes only official-capacity claims, the Court need not reach any potential individual-capacity claims or the immunity defense.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2014