IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLEN J. THOMAS**                                                                 **PLAINTIFF**

v.                              No. 4:13-cv-724-DPM

**DOC HOLLADAY, Pulaski County Sheriff**                    **DEFENDANT**

**JUDGMENT**

Thomas's official-capacity claims are dismissed with prejudice. No individual-capacity claims are presented for decision.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2014